UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

John C. McBride

    Debtor

Chapter 7

Case No. 09-14485
Honorable Frank J. Bailey

## LEWIS LUBAR, TRUSTEE OF THE CLOVER TRUST'S, NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

Lewis Lubar, Trustee of the Clover Trust, hereby provides notice to all interested parties that he has withdrawn his Motion For Relief From Stay which was filed on June 25, 2010, Paper # 97.

Dated: March 23, 2011

By his attorneys,

Mason & Martin, LLP

By /s/ Alan Garber
Alan Garber, BBO No. 184840
Mason & Martin, LLP
Wellesley Office Park
65 William Street
Wellesley, MA 02481
(781) 239-0800
agarber@masonmartin.com

## CERTIFICATE OF SERVICE

I, Alan Garber, do hereby certify that on March 23, 2011, I electronically filed with the Clerk of the United States Bankruptcy Court the within Notice of Withdrawal of Motion For Relief From Stay and this Certificate of Service and served the same in the following manner upon the interested parties.

Email service, via the court's CM/ECF system, which sent notification to the following:

United States Trustee, John Fitzgerald
USTPRegion01.BO.ECF.@USDOJ.GOV

Andrew G. Lizzotte, Esq., counsel to the Debtor
agl@hanify.com

Eric K. Bradford, Esq. For the U.S. Trustee
eric.k.bradford@USDOJ.gov

Dierdre M. Keady, Esq., counsel to Consumer Solutions, LLC
mabk@harmonlaw.com

Gary W. Cruickshank, Interim Chapter 7 Trustee
gwc@cruickshank-law.com

Daniel P. Ryan, Esq., counsel to IRS
daniel.p.ryan@irscounsel.treas.gov

Timothy Mauser, Esq., counsel to Aubrey Stallworth
tmauser@mauserlaw.com

Stephen G. Murphy, Esq., counsel to MDOR
murphys@dor.state.ma.us


and by first class mail to:

John C. McBride
12 Rolleston Road
Marblehead, MA 01945


Town of Marblehead
Collector of Taxes
P.O. Box 3
Marblehead, MA 01945

Jonathan Levin, Esq.
Gerrity, Levin & Muir
175 Highland Avenue
Needham, MA 02498
Counsel to the Dillons

/s/ AlanGarber
Alan Garber, Esq.