United State Bankruptcy Court

District Of Massachusetts

JUN 20'11 PM12:45 USB

In Re John C McBride           Chapter 7
                               Case No 09-14485

Debtor's Motion To Continue Automatic Stay For Sixty Days

Now comes John C McBride and moves this Honorable Court to extend the Automatic Stay presently in effect in this case for sixty days. The debtor's home in Marblehead was sold by the Court appointed trustee and the debtor did not receive any proceeds from that sale because of levies imposed by the Internal Revenue Service and the Massachusetts Department Of Revenue. The debtor seeks sixty more days to obtain private financing to pay off the one and only mortgage on a home he shares with his wife and one, remaining child. Private financing is being sought from two individuals on Martha's Vineyard . These two men are friends of the debtor and have expressed an interest in providing financing based on the substantial equity in the property. The Bank holding the single mortgage on the property will not be prejudiced because of that substantial equity.

Since the present stay expires on June 27,2011, the debtor is respectfully moving the Court for the additional time.

By: John C McBride
114 South Sumer Street
Edgartown, Ma 02539
978-548-8197

Certificate of Service
I John C Mc Bride certify that I -e-mailed a copy of the within motion to Attorney Gary Cruickshank, trustee and Attorney Richard Mulligan, Harmon Law Offices on this 17th day of June , 2011