**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order**

**In Re:** John C. McBride and Nancy M. McBride

**Case/AP Number** 09-14485 **-FJB**
**Chapter** 7

#334 Motion of Debtor to Continue Automatic Stay for Sixty Days (Pro Se)
#339 Objection of Deutsche Bank (J. Giguere)

**COURT ACTION:**

#334 \_\_\_\_\_Hearing held
_____Granted      _____Approved      _____Moot
_____Denied       _____Denied without prejudice      _____Withdrawn in open court
_____Overruled    _____Sustained
_____Continued to_____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order      _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

For the reasons set forth on the record, the motion to extend the stay is hereby denied.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____ Dated: 06/28/2011
Frank J. Bailey
United States Bankruptcy Judge