

## The Commonwealth of Massachusetts
Department of Revenue
Litigation Bureau – Bankruptcy Unit
Offices Located at: 100 Cambridge Street
ALL MAIL TO: Box 9564, Boston, MA 02114
Main Telephone: 617 626-3875 – FAX: 617 626-3796

Amy P. Pitter
Commissioner

Thomas K. Condon
Chief, Litigation Bureau

November 1, 2011

Clerk of Court
US Bankruptcy Court
J.W. Mccormack Post Office & Court House
5 Post Office Square, Suite 1150
Boston, MA  92115

Dear Clerk of Court:

Please withdraw the following claim (s) in the matter of

**John & Nancy MeBride**
**Docket #  09-14485FJB**
**Tax ID#  546-874-810**
**Claim #2**

| Type of Claim | Amount | Date Filed |
|---|---|---|
| **Priority** | **$175,925.34** | **01/20/2011** |

If you have any questions regarding this matter, please contact me at (617) 626-3831.

Sincerely,
/S/  Leslie D. Physic
Tax Examiner
Department of Revenue
P.O. Box 9564
Boston, MA  02114